Dismissed and Memorandum Opinion filed September 11, 2003









Dismissed and Memorandum Opinion filed September 11,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00240-CV

____________

 

YUMA PETROLEUM COMPANY, YUMA
RESOURCES, INC., GULF STATES PRODUCTION COMPANY, YUMA EXPLORATION AND
PRODUCTION COMPANY, INC. and SAM L. BANKS, Appellants/Cross Appellees

 

V.

 

ROEMER OIL COMPANY and LAMAR B.
ROEMER, ROEMER-SWANSON ENERGY CORPORATION, and SWANSON OIL & GAS, INC., Appellees/Cross Appellants

 



 

On Appeal from the 80th District
Court

Harris County, Texas

Trial Court Cause No. 97-40540-A

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 18, 2003.

On August 27, 2003, the parties filed a joint motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 11, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.